IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**JODI LANG**                                                                                             **PLAINTIFF**

**v.**                                   **Case No. 5:17-cv-00002-KGB**

**CLINTON HAMPTON,**
**ROWENA COPICO, and**
**LUCAN HARGRAVES**                                                     **DEFENDANTS**

## ORDER

Before the Court is plaintiff Jodi Lang's motion for extension of time to file response to motion for summary judgment (Dkt. No. 47). Ms. Lang represents that she currently has two responses due to the separate motions for summary judgment filed by defendants Clinton Hampton and Lucan Hargraves (Dkt. No. 38) and defendant Rowena Copico (Dkt. No. 41). She represents that the issues raised in these motions "overlap to a great degree," and therefore, she requests permission to respond to both motions in a combined response (Dkt. No. 47, ¶ 1). She requests an extension until May 28, 2018, to file her combined response to the defendants' pending motions for summary judgment. She further represents that defendants have no objection to this request.

For good cause shown, the Court grants the motion (*Id.*). Ms. Lang has up to and including May 28, 2018, to respond to the pending motions for summary judgment. Defendants' reply briefs will be due seven days after the filing of Ms. Lang's combined response.

It is so ordered this the 23rd day of May, 2018.

                                                                                             KRISTINE G. BAKER
                                                                                             UNITED STATES DISTRICT JUDGE