IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JODI LANG                                                                           PLAINTIFF

v.                            Case No. 5:17-cv-00002-KGB

CLINTON HAMPTON,
ROWENA COPICO, and
LUCAN HARGRAVES                                                           DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that plaintiff Jodi Lang's claims against defendants Clinton Hampton, Rowena Copico, and Lucan Hargraves be dismissed with prejudice. The relief sought is denied.

So adjudged this the 5th day of June, 2018.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE